_____
**Honorable Laurel E. Babero**
United States Bankruptcy Judge

Entered on Docket
August 10, 2018

NVB 105-10  (Effective 1/17)

| | |
|---|---|
| Attorney | MICHAEL J. HARKER ESQ. |
| Nevada Bar # | 5353 |
| Firm Name | LAW OFFICE OF MICHAEL J. HARKER |
| Address | 2901 EL CAMINO AVE #200 |
| City, State, Zip | LAS VEGAS NV 89102 |
| Phone Number | 702-248-30000 |
| Email Address | NOTICES@HARKERLAWFIRM.COM |
| Pro-se Debtor | N/A |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                           ) BK-S- 18-10523-leb
                                                   )
    JORGE R ALCAZAR                    ) CHAPTER 13
                                                   )
                                                   ) **ORDER APPROVING TRIAL LOAN**
_____ Debtor(s).  ) **MODIFICATION AGREEMENT**

   Upon submission of the Debtor's Motion to Approve Trial Loan Modification Agreement on   08/09/2018                .

   IT IS HEREBY ORDERED that the Debtor's Motion to Approve Trial Loan Modification Agreement is GRANTED;

   IT IS FURTHER ORDERED that the Debtor and the Lender are authorized to execute any and all documents necessary to effectuate and implement the terms of the trial loan modification agreement;

- 1 -

IT IS FUTHER ORDERED that the Trustee is authorized to disburse payments to the Lender as follows:

    A. $ __1,434.04__ to be paid for __AUGUST 01__, 20 __18__.

    B. $ __1,434.04__ to be paid for __SEPTEMBER 01__, 20 __18__.

    C. $ __1,434.04__ to be paid for __OCTOBER 01__, 20 __18__.

IT IS FURTHER ORDERED that the Trustee may disburse the trial loan modification payments to the Lender until such time as a further order of the Court provides otherwise, a permanent loan modification is finalized, or a final loan modification is denied by Lender;

IT IS FURTHER ORDERED that the Trustee shall make the payments payable to __SELENE FINANCE LP__ and mailed to __P.O. BOX 71243 PHILADELPHIA, PA 19176-6243__. The last four digits of the account number or the other unique identifier for these trial payments is __5803__.

IT IS FURTHER ORDERED that all payments shall be considered timely upon receipt by the Trustee, not upon receipt by the Lender;

IT IS FURTHER ORDERED that pursuant to the Agreement and the MMM Program procedures, the parties and Mediator shall monitor the trial loan modification and manage the mediation until a final loan modification has been executed by the Lender or the Lender has denied a final loan modification;

IT IS FURTHER ORDERED that access to the MMM Portal will remain open during the pendency of the trial loan modification;

IT IS FURTHER ORDERED that if the parties subsequently enter into a Final Loan Modification Agreement, a separate Motion to Approve Final Loan Modification Agreement (NVB 105-11) must be filed with the Court;

**IT IS SO ORDERED**.

Submitted by:


  /S/ MICHAEL J. HARKER                    Dated:   08/09/2018
Attorney for Debtor(s)




                                        ###