NVB 105-8 (Effective 1/17)

Attorney Janice Jacovino Esq.
Nevada Bar # 11612
Firm Name Lonardo & Jacovino, LLC.
Address 7881 W Charleston Ave #16
City, State, Zip Las Vegas, NV 89117
Phone Number 702-998-1188
Email Address info@ljlawlv.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \* \*

In re:  ) BK-S-18-10523-leb
JORGE R ALCAZAR  )
  ) CHAPTER 13
  )
  ) **FINAL REPORT OF MORTGAGE**
  ) **MODIFICATION MEDIATION**
Debtor(s).  ) **PROGRAM MEDIATOR**

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

1. [✓] The Debtor [and Debtor's attorney], Mr. Alcazar & M. Harker Esq.

2. [ ] The co-obligor/co-borrower/or other third party, _____

3. [✓] The Lender's representative, Bank of America- Shelia Martin

   and Lender's attorney, Arnold Graff Esq.

4. [ ] Other: Bank of America-Maria Uribe

B. The MMM proceedings resulted in the following:

1. [ ] The parties settled prior to attending.

2. [ ] The case was dismissed.

- 1 -

1  3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

2  4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

3  5. [ ] The parties reached an agreement:

4      [ ]    The parties agreed to a Final Loan Modification agreement.

5      [ ]    Other: _____.

6  6. [✓] The parties did not reach an agreement.

7  *Bank of America has stated that no modification*
8  *is available because the loan has been charged off.*

9  Dated: 8.24.2018

    Signature of Mediator
10     Print name: Janice Jacovino Esq.
    Address: 7881 W Charleston Ave.
11     Suite 160
    Telephone: 702-998-1188
12     Email: info@ljlawlv.com